

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000
(212) 972-3213 Fax
jacksonlewis.com

*The Clerk of Court is directed to amend the caption as follows:*

- *delete Defendant "Fund for the City of New York"*
- *delete Defendant "Foundation for Court Innovation Inc."*
- *replace Defendant "Center For Court Innovation" with "Justice Innovation Inc. d/b/a Center for Court Innovation"*

DIRECT DIAL: (212) 545-4057
EMAIL ADDRESS: JOSEPH.ANCI@JACKSONLEWIS.COM

May 17, 2023

*SO ORDERED.*

*Jennifer H. Rearden, U.S.D.J.*
*Date: February 21, 2024*

**VIA ECF**
Hon. Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

Re:    **Laura Jones v. Fund for the City of New York, et al.**
       **Civil Action No. 1:22-cv-09711 (JHR)**

Dear Judge Rearden:

Pursuant to the Court's May 9, 2023 Order, Defendants respectfully submit the following joint response to identify "(i) each Defendant in this action by its correct name, and (ii) all attorneys who have entered appearances on behalf of each Defendant." See May 9, 2023 Order, ECF Document No. 43.

Jennifer B. Courtian, Esq., Joseph Anci, Esq. and Melanie H. Ross, Esq. of Jackson Lewis P.C. have appeared on behalf of the following defendants, with their correct names identified:

- Fund for the City of New York, Inc. (named in the Complaint as Fund for the City of New York and Fund for the City of New York, Inc.)

- Justice Innovation Inc. d/b/a Center for Court Innovation (named in the Complaint as Center for Court Innovation, Inc.)

- Julie Taylor

- James Reddick

No appearance has been noted for The Fund for the City of New York because this appears to be redundant of, and/or an incorrect name for, Defendant Fund for the City of New York, Inc., which is represented by Jackson Lewis, P.C. Additionally, no appearance has been noted for Foundation for Court Innovation, Inc. because this entity does not exist and the correct name of the corporate entity in this matter is Justice Innovation Inc. d/b/a Center for Court Innovation, as indicated in Paragraphs 13 and 14 of the March 20, 2023 Answer, ECF Document No. 40.

**JacksonLewis**

Francis J. Giambalvo, Esq. and Hannah Kucine, Esq. of Gordon Rees Scully & Mansukhani, LLP have appeared on behalf of the following defendant:

- Mark Gould

Rashmee Sinha, Esq. and Taimur Alamgir, Esq. of Kaufman Dolowich & Voluck, LLP have appeared on behalf of the following defendants:

- Gladys Brooks
- Coleta Walker

Please let us know if any further clarification is needed. Thank you for your attention to this matter.

Respectfully submitted,

JACKSON LEWIS P.C.

s/Joseph Anci
Joseph Anci

cc:    Jennifer Courtian, Esq.
Melanie Ross, Esq.

Melissa Mendoza, Esq.
Derek Smith Law Group PLLC
Attorney for Plaintiff
Via ECF

Francis J. Giambalvo, Esq.
Hannah Kucine, Esq.
Gordon Rees Scully & Mansukhani, LLP
Attorneys for Defendant Mark Gould
Via ECF

Rashmee Sinha, Esq.
Taimur Alamgir, Esq.
Kaufman Dolowich & Voluck, LLP
Attorneys for Defendants Gladys Brooks and Coleta Walker
Via ECF

4875-9364-3108, v. 1