UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA JONES,

                Plaintiff,

-v.-

FUND FOR THE CITY OF NEW YORK, INC. et al.,

                Defendants.

22 Civ. 09711 (JHR)

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

JENNIFER H. REARDEN, District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute: _____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _____

SO ORDERED.

Dated: February 21, 2024
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge