**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAURA JONES,<br><br>                        Plaintiff,<br><br>             -against-<br><br>FUND FOR THE CITY OF NEW YORK,<br>FUND FOR THE CITY OF NEW YORK, INC.,<br>FOUNDATION FOR COURT INNOVATION<br>INC., CENTER FOR COURT INNOVATION,<br>MARK GOULD, individually,<br>COLETA WALKER, individually,<br>JULIE TAYLOR, individually,<br>GLADYS BROOKS, individually,"<br>JAMES REDDICK, individually,<br><br>                    Defendants. | Civ. Case No. 1:22-cv-09711<br><br>**STIPULATION AND**<br>**ORDER OF DISMISSAL**<br>**WITH PREJUICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Laura Jones and Defendants Fund for the City of New York, Inc. (named in the Complaint as "Fund for the City of New York" and "Fund for the City of New York, Inc.") Justice Innovation Inc. d/b/a Center for Court Innovation (named in the Complaint as "Foundation For Court Innovation Inc." and "Center for Court Innovation, Inc."), Mark Gould, Coleta Walker, Julie Taylor, Gladys Brooks and James Reddick (collectively "Defendants") by and through their undersigned counsel, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

DEREK SMITH LAW GROUP PLLC
One Penn Plaza
Suite 4905
New York, NY 10119

Dated: January 27, 2024          By: _____
       New York, New York            Melissa Mendoza

ATTORNEYS FOR PLAINTIFF


JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
(212) 545-4000

Dated: February 22, 2024         By: _____
       New York, New York            Jennifer B. Courtian

ATTORNEYS FOR DEFENDANTS FUND FOR
THE CITY OF NEW YORK, INC., JUSTICE
INNOVATION INC. D/B/A CENTER FOR
COURT INNOVATION, JULIE TAYLOR, and
JAMES REDDICK


GORDON REES SCULLY MANSUKHANI, LLP
1 Battery Park Plaza, 28th Floor
New York, NY 10004

Dated: February 22, 2024         By: _____
       New York, New York            Francis James Giambalvo
                                     Hanna Kucine

ATTORNEYS FOR DEFENDANT MARK
GOULD

KAUFMAN DOLOWICH & VOLUCK, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Dated: February 22, 2024          By: _____
       Woodbury, New York              Rashmee Sinha
                                       Taimur Alamgir

ATTORNEYS FOR DEFENDANTS COLETA
WALKER and GLADYS BROOKS

It is SO ORDERED this

_____ day of _____, 2024


_____
U.S.D.J.

4854-2788-8543, v. 1