The Clerk of Court is directed to close this case.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: February 23, 2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LAURA JONES,<br><br>      Plaintiff,<br><br>-against-<br><br>FUND FOR THE CITY OF NEW YORK,<br>FUND FOR THE CITY OF NEW YORK, INC.,<br>FOUNDATION FOR COURT INNOVATION INC., CENTER FOR COURT INNOVATION,<br>MARK GOULD, individually,<br>COLETA WALKER, individually,<br>JULIE TAYLOR, individually,<br>GLADYS BROOKS, individually,"<br>JAMES REDDICK, individually,<br><br>      Defendants. | Civ. Case No. 1:22-cv-09711<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUICE** |

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Laura Jones and Defendants Fund for the City of New York, Inc. (named in the Complaint as "Fund for the City of New York" and "Fund for the City of New York, Inc.") Justice Innovation Inc. d/b/a Center for Court Innovation (named in the Complaint as "Foundation For Court Innovation Inc." and "Center for Court Innovation, Inc."), Mark Gould, Coleta Walker, Julie Taylor, Gladys Brooks and James Reddick (collectively "Defendants") by and through their undersigned counsel, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

                        DEREK SMITH LAW GROUP PLLC
                            One Penn Plaza
                            Suite 4905
                            New York, NY 10119

Dated: January 27, 2024      By: _____
      New York, New York           Melissa Mendoza

                        ATTORNEYS FOR PLAINTIFF

                        JACKSON LEWIS P.C.
                            666 Third Avenue, 29th Floor
                            New York, New York 10017
                            (212) 545-4000

Dated: February 22, 2024     By: _____
      New York, New York           Jennifer B. Courtian

ATTORNEYS FOR DEFENDANTS FUND FOR THE CITY OF NEW YORK, INC., JUSTICE INNOVATION INC. D/B/A CENTER FOR COURT INNOVATION, JULIE TAYLOR, and JAMES REDDICK

                        GORDON REES SCULLY MANSUKHANI, LLP
                            1 Battery Park Plaza, 28th Floor
                            New York, NY 10004

Dated: February 22, 2024     By: *Francis J. Giambalvo*
      New York, New York           Francis James Giambalvo
                            Hanna Kucine

                        ATTORNEYS FOR DEFENDANT MARK GOULD

                                KAUFMAN DOLOWICH & VOLUCK, LLP
                                  135 Crossways Park Drive, Suite 201
                                  Woodbury, New York 11797

Dated: February 22, 2024      By: _____
       Woodbury, New York           Rashmee Sinha
                                            Taimur Alamgir

                                ATTORNEYS FOR DEFENDANTS COLETA
                                WALKER and GLADYS BROOKS

It is SO ORDERED this

_____ day of _____, 2024


_____
U.S.D.J.

4854-2788-8543, v. 1